1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE WILLS, | ) | 1:09-cv-00968 OWW GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING PLAINTIFF'S SECOND |
| v. | ) | REQUEST FOR AN EXTENSION OF TIME |
| | ) | OF THIRTY DAYS WITHIN WHICH TO FILE |
| TODD BARTON, et al., | ) | OBJECTIONS TO MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND RECOMMENDATIONS |
| | ) | (Doc. 16) |
| Defendants. | ) | |
| | ) | |

On August 14, 2009, Plaintiff DALE WILLS, a state prisoner appearing pro se and proceeding in forma pauperis, filed a second motion for extension of time of thirty (30) days within which to file his objections to the Findings and Recommendations filed and served on June 16, 2009. Plaintiff explains that following a recent transfer between units at California State Prison - Corcoran, he has had to familiarize himself with the computer-based legal research available to him in the satellite law library. Plaintiff further explains that he has completed research with regard to two of the three issues that form the bases for his objections, has commenced writing a rough draft, and requires the additional time to complete research on the judicial immunity doctrine. Plaintiff does not anticipate the need for any further extension of time. (Doc. 16.)

//
//
//
//

1

1  Based on the foregoing, and good cause appearing, the Court GRANTS Plaintiff's second
2 request, for an additional thirty-one (31) days, from August 21, 2009, to September 21, 2009.
3 Plaintiff's "Objections to Magistrate Judge's Findings and Recommendations" shall be submitted
4 to the Honorable United States District Judge Oliver W. Wanger, pursuant to the provisions of
5 Title 28 U.S.C. Section 636(b)(1), on or before **Monday, September 21**, **2009**.

7  IT IS SO ORDERED.
8  **Dated:   August 17, 2009**           /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE